UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE I.A.T.S.E. ANNUITY FUND, BOARD OF TRUSTEES OF THE I.A.T.S.E. NATIONAL HEALTH AND WELFARE FUND, BOARD OF TRUSTEES OF THE I.A.T.S.E. NATIONAL PENSION FUND, AND BOARD OF TRUSTEES,<br><br>         Plaintiff,<br><br> -v-<br><br>PARADISE SQUARE BROADWAY LIMITED PARTNERSHIP and PARADISE SQUARE PRODUCTION SERVICES INC.,<br><br>         Defendants. | CIVIL ACTION NO.: 23 Civ. 4448 (JGLC) (SLC)<br><br>**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF No. 25 is GRANTED, and the Court orders as follows:

1. The settlement conference scheduled for November 9, 2023 is ADJOURNED to **Thursday, December 21, 2023 at 10:00 am** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York. The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 23 at 4–6) remains in effect. No further submissions are required.

2. The case management conference before the Honorable Jessica G. L. Clarke scheduled for December 21, 2023 is ADJOURNED to **Thursday, December 28, 2023 at 12:00 pm**.

The Clerk of Court is respectfully directed to close ECF No. 25.

Dated: New York, New York    SO ORDERED.
    November 8, 2023

                       _____
                       **SARAH L. CAVE**
                       **United States Magistrate Judge**