UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE I.A.T.S.E. ANNUITY FUND, BOARD OF TRUSTEES OF THE I.A.T.S.E. NATIONAL HEALTH AND WELFARE FUND, BOARD OF TRUSTEES OF THE I.A.T.S.E. NATIONAL PENSION FUND, AND BOARD OF TRUSTEES,<br><br>                    Plaintiff,<br><br>     -v-<br><br>PARADISE SQUARE BROADWAY LIMITED PARTNERSHIP and PARADISE SQUARE PRODUCTION SERVICES INC.,<br><br>                    Defendants. | CIVIL ACTION NO.: 23 Civ. 4448 (JGLC) (SLC)<br><br>**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF No. 29 is GRANTED, and the settlement conference scheduled for December 21, 2023 is ADJOURNED to **Thursday, January 25, 2024 at 10:00 am** and will take place <u>in person</u>, in Courtroom 18A, 500 Pearl Street, New York, New York.  The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 23 at 4–6) remains in effect.  No further submissions are required.

The Clerk of Court is respectfully directed to close ECF No. 29.

Dated:   New York, New York
         December 19, 2023

                                                    SO ORDERED.

                                                    _____
                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**